UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CHARLES JONES, | ) | |
| Petitioner, | ) | 3:11-cv-00467-ECR-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On April 12, 2012, petitioner filed a third motion for an extension of time to file a response to court's order to show cause. (ECF No. 17.) Good cause appearing, petitioner's motion is granted. Petitioner is granted to and including May 28, 2012, to file a response.

Petitioner has also filed a motion to file a longer than normal pleading. (ECF No. 16.) The court grants petitioner's motion. Petitioner may file a twenty page response to the court's order to show cause.

**IT IS THEREFORE ORDERED** that petitioner's third motion for an extension of time to file a response to court's order to show cause (ECF No. 17) is **GRANTED.** Petitioner is granted to and including May 28, 2012, to file a response. **Because this is petitioner's third extension of time, the court is not inclined to grant any further motions for extensions of time absent a showing of**

1 **extraordinary circumstances.**

2     **IT IS FURTHER ORDERED** that petitioner's motion to file a longer than normal pleading
3 (ECF No. 16) is **GRANTED.**

5     Dated this 19th day of April 2012.

                           *Edward C. Reed.*
                           UNITED STATES DISTRICT JUDGE