UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CHARLES JONES, | ) | |
| Petitioner, | ) | 3:11-cv-00467-ECR-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Upon initial review of the petition, the court ordered petitioner to show cause why his petition should not be dismissed as untimely. (ECF No. 4.) After reviewing petitioner's response to the court's order (ECF No. 19), and reviewing petitioner's motions for the appointment of counsel (ECF Nos. 8, 14), the court concludes that, in the interests of justice, counsel should be appointed to represent petitioner. Petitioner states that he has a low IQ, has limited education, and is illiterate. According to petitioner, he functions between a second and third grade education level and struggles to comprehend simple concepts. Additionally, petitioner is serving a life sentence without the possibility of parole.

1    **IT IS THEREFORE ORDERED** that petitioner's motion for the appointment of counsel (ECF No. 8) is **GRANTED.** The Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

4    **IT IS FURTHER ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 7). The FPD shall have **thirty (30) days** from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

8    **IT IS FURTHER ORDERED** that petitioner's second motion for the appointment of counsel (ECF No. 14) is **DENIED as moot.**

10   **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a response to the court's order to show cause.

Dated, this 23rd day of August 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE