UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CHARLES JONES, | Case No. 3:11-cv-00467-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| JACK PALMER, et al., | |
| Respondents. | |

Following up on petitioner's motion for enlargement of time (dkt. no. 29), and for good cause shown,

IT IS ORDERED that petitioner's motion for enlargement of time (dkt. no. 29) is GRANTED, and the time for petitioner to respond to the show-cause order is extended to and including June 21, 2013.

IT IS FURTHER ORDERED that the Nevada Attorney General shall be added as counsel for respondents and informal electronic service shall be made upon her office in a manner consistent with the Clerk's current practice.  Respondents' counsel shall enter a notice of appearance within twenty-one (21) days of entry of this order, but no further response shall be required from respondents until further order of this Court.

IT IS FURTHER ORDERED that, upon the appearing respondents' counsel's request, the Clerk of Court shall regenerate for said counsel notices of filing of all prior filings in the action or shall utilize such other means consistent with the Clerk's current practice as will afford counsel adequate and ready access to the previous proceedings

1  herein. Further, if there are any filings prior to petitioner's counsel's appointment to
2  which counsel has not obtained similar access, the Clerk shall employ similar means to
3  make copies of such filings readily available also to petitioner's counsel.

5  DATED THIS 25th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE