UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT CHARLES JONES, | Case No. 3:11-cv-00467-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JACK PALMER, | |
| Respondents. | |

It is ordered that petitioner's motion (dkt. no. 42) for leave to file petitioner's correctional records under seal is GRANTED. The Court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and personal identifying information of petitioner in the sealed material outweighs the public interest in open access to Court records.

DATED THIS 14th day of November 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE