UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT CHARLES JONES, | Case No. 3:11-cv-00467-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JACK PALMER, et al., | |
| Respondents. | |

In this represented habeas action, the Court granted petitioner's motion to file certain exhibits under seal. However, it does not appear that the exhibits have been filed, and copies of the exhibits further were not included in the hard copies provided.

It therefore is ordered that within seven (7) days of entry of this order, petitioner's counsel shall (a) file under seal the exhibits listed in the motion to file under seal; and (b) send a tabbed hard copy set of the sealed exhibits to the Clerk's Office in Las Vegas.

DATED THIS 1st day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE